IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:16CR385-1 |
| ISMELDA MUNOZ-COSME | : |

The Grand Jury charges:

From on or about March 15, 2016, continuing up to and including on or about October 4, 2016, the exact dates to the Grand Jurors unknown, in the County of Chatham, in the Middle District of North Carolina, ISMELDA MUNOZ-COSME knowingly and with intent to deceive did falsely represent, for the purposes of obtaining employment and wages, a number, to wit: ▇▇▇▇▇▇▇ to be the Social Security number assigned to her by the Commissioner of Social Security, when in truth and fact, as she then well knew, such number was not the Social Security number assigned to her by

the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL:

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY