IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:16CR385-1 |
| v. | : | |
| ISMELDA MUNOZ-COSME | : | FACTUAL BASIS |

The United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, states the following as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure:

Ismelda Munoz-Cosme is a citizen of the nation of Mexico who entered the United States without legal authority. From on or about March 15, 2016, to October 4, 2016, Munoz-Cosme worked at a McDonald's restaurant located in Siler City, Chatham County, North Carolina, under the name Iris Morales. To obtain employment and wages from McDonald's, Munoz-Cosme also represented that the number xxx-xx-8762 was the Social Security number assigned to her by the Commissioner of Social Security in that Morales presented this number to be placed on an I-9 form prepared at the start of her employment at McDonald's under the name "Iris Morales." Munoz-Cosme well knew that this number was not the Social Security number assigned to her by the Commissioner of Social Security. She represented this number, xxx-xx-8762 to be her Social Security

number with the intent to deceive McDonald's so as to receive wages as if she was a citizen or legal resident allowed to legally work and receive wages in the United States.

This the 2nd day of December, 2016.

>
> Respectfully submitted,
>
> RIPLEY RAND
> United States Attorney
>
>
> /S/ FRANK J. CHUT, JR.
> Assistant United States Attorney
> NCSB # 17696
> 101 S. Edgeworth St., 4th Floor
> Greensboro, NC 27401
> E-mail: Frank.Chut@usdoj.gov
> (336) 333-5351

CERTIFICATE OF SERVICE

    I hereby certify that on December 2, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James B. Craven, III, Esq.

                              /S/ FRANK J. CHUT, JR.
                              Assistant United States Attorney
                              NCSB # 17696
                              United States Attorney's Office
                              Middle District of North Carolina
                              101 S. Edgeworth St., 4th Floor
                              Greensboro, NC  27401
                              E-mail:  Frank.chut@usdoj.gov
                              Phone:  336/333-5351